IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
Case No: 3:02CR233

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>v.<br><br>JIAN DONG LIN,<br><br>                Defendant. | ORDER ADMITTING<br>STACEY VAN MALDEN<br>*PRO HAC VICE* |

**FOR GOOD CAUSE SHOWN**, and on Motion to Admit Counsel Pro Hac Vice, **IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that Stacey Van Malden of Goldberger & Dubin, P.C. in New York, New York, be admitted to practice *pro hac vice* before this Court in order to represent Defendant, Jian Dong Lin, in the above-captioned case.

Signed: March 22, 2006

_____
David C. Keesler
United States Magistrate Judge

C-970183v1